_Melinda Gabriella Valenzuela_
Name and Prisoner/Booking Number

_Central KASSON_
Place of Confinement

_1305. E. Butteau_
Mailing Address

_Florence AZ 85732_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑    LODGED ___
RECEIVED ___   COPY ___

JUN 0 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ _Kom_ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Melinda Gabriella Valenzuela_
(Full Name of Plaintiff)

Plaintiff,

v.

(1) _Warden Gerald Thompson_,
(Full Name of Defendant)

(2) _A.D.W. Don Renault_,

(3) _COTT Cameron_,

(4) _Sgt Delgado_,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _CV19-01268 DLR_
(To be supplied by the Clerk)

_Imminent Danger_

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

_Jury Trial Demanded_

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____.

2.   Institution/city where violation occurred: _A.S.P.C. Lewis - Rast Close_.

**550/555**

ADDitional Defendant

5. ADW Rundy Kaufman
6. CAPtain Whitbrg

1A

## B. DEFENDANTS

1.  Name of first Defendant: _Gerald Thompson_. The first Defendant is employed
as: _Complex Warden_ at _Lewis complex_.
(Position and Title) (Institution)

2.  Name of second Defendant: _Don Renault_. The second Defendant is employed as:
as: _Associate Deputy Warden_ at _Lewis ASt_.
(Position and Title) (Institution)

3.  Name of third Defendant: _Cameron_. The third Defendant is employed
as: _Correctional officer IV_ at _Lewis ASt_.
(Position and Title) (Institution)

4.  Name of fourth Defendant: _Delgado_. The fourth Defendant is employed
as: _Sergeant_ at _Lewis- ASt/MAx_.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☒ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _more then 3_. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

5. Name of fifth Defendant <u>Randy Kaufman</u> The 5th Defendant is employed as: <u>Associate Deputy Warden</u> at <u>Lewis-Morey</u>

6. Name of Sixth Defendant <u>Whiting</u> The 6th Defendant is employed as: <u>Chief of Security</u> at <u>Lewis-Buckley</u>.

2.A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Defendants intentionally placed her in POD 6 when she told them she would get assaulted Cameron, Renault, Delgado, Did nothing to prevent the assault

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. From November 2018 to Present Day of filing On 11-6-7-8-18 Plaintiff Personally told Most Admin COIII Cameron, ADW Renault, Warden Thompson She Did not want to go to 3 Baker POD 6. COIII Cameron intentionally placed her into 3 Baker POD cell when Sgt Delgado and ADW Renault knew she was gonna be assaulted As Inmates had told them and said they would hurt her. COIII Cameron, Renault Did not prevent the Assault She was sexually Assaulted causing her to loose consciousness and having to be sent out By Ambulance to the Hospital. She was not properly interviewed by Sgt Nopp as he Dried her head in the COIII office awaiting the Ambulance nor Did she see C.I.U for this assault which should have happened as she requested to Press charges. The Person who assaulted her is here multiple times since the Assault they have tried to place her Back in that POD and POD 5 knowing She is at risk of Being Assaulted. He is now here! This is an emergency as she is at risk of Death Due to the

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Assaults. Had plastic Surgery to R Lip And neck contusion, pelvis contusion, Back contusion, R Arm contusions Busted left eye, Bruises all over. Constantly threatened By person who assaulted her

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Grievance Coordinator would not process her grievance properly Thus she exhausted all her available Remedies!

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Defendant Kaufman Whiting refused to Protect her when she told cpt whiting & Kaufman she was gonna Be Assaulted they forced her to the POD

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. The Person who Assaulted her is at Kasson Now

From 9-5-18 to Present Day of filing the complaint Plaintiff was put in harms way By the facility Captain Whiting and ADW Kaufman By Allowing her to be placed in a area where she told staff and cpt whiting that she was gonna Be Assaulted. They replied they would handle it. On 9-5-20 I was seriously Assaulted causing my Left eye to loose it's Vision and having to have Plastic surgery to repair my lip. Also I had a hole in the Bottom of my cheek. Captain whiting & ADW Kaufman then when I said I couldn't go Back in the Pod they forced her to Do so causing her to fear her safety. Plaintiff told ADW Kaufman multiple times She was in danger and she needed to be moved. The ADW did nothing at all to prevent the Assault. This is An emergency as 8th is not risked Bodily Injury as the Assaults continue to take place til this Day.

This is an Emergency as she is at risk of Dying.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Plastic surgery to lip, Hole on lip, Neck Injury, Head Injury, Back Injury, mental & emotional Duress. Constantly threatened By person who Assaulted as. He is at her current facility

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Grevance Coordinator Refused to address the Grievance.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?     ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff Prays as follows:
1) Jury Trial Demanded
2) Compensation in Amount of $3 million
3) medical expenses in Amount $ 200,000
4) Protection order / Injunction Relief
5) Attorney fees
6) Any other relief the court shall Deem Just & proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/25/20__
DATE                                    SIGNATURE OF PLAINTIFF

__Melinda Gabriella Valenzuela__
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

__1305 E. Butte Ave Florence AZ 85132__
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.