WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>Plaintiff,<br><br>v.<br><br>Gerald Thompson, et al.,<br><br>Defendants. | No. CV-19-01268-PHX-DLR (MHB)<br><br>**ORDER** |

Before the Court is Plaintiff's objection to Magistrate Judge Michelle H. Burns' October 7, 2020 order (Doc. 79) striking Plaintiff's motion "to produce D.N.H.W. to Court of Predator List" (Doc. 70) from the docket. (Doc. 95.) Pursuant to Fed. R. Civ. P. 72(a), the district court "must consider timely objections [to magistrate judge orders] and modify or set aside any part of the order that is clearly erroneous or [] contrary to law." Plaintiff's objection has not made any showing that the magistrate judge's October 7, 2020 order, which struck Plaintiff's unauthorized filing, was clearly erroneous or contrary to law. Accordingly,

**IT IS ORDERED** that Plaintiff's objection (Doc. 95) is **OVERRULED.**

Dated this 18th day of November, 2020.

Douglas L. Rayes
United States District Judge